O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND MALDONADO, | ) | CASE NO. CV 06-06606 JSL (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| RICHARD KIRKLAND, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAYMOND MALDONADO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 7, 2009

_Spencer Letts_
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE